Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Delaware

UNITED STATES OF AMERICA

V.                                              Crim. No. 1:05M00086-001 MPT

Mary Atupulazi

On September 25, 2003 the above named was placed on Probation for a period of three years in the Eastern District of New York. She has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that Mary Atupulazi be discharged from Probation.

Respectfully submitted,

_____
Carol L. Sain
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this _23_ day of _August_, ~~19~~ 2005.

_____
Mary Pat Thynge
U.S. Magistrate Judge

FILED

AUG 2 3 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE